COZEN O'CONNOR
CHRISTOPHER C. FALLON, JR. (CF 9482)
45 Broadway, 16th Floor
New York, New York 10006
(800) 523-2900
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELIA KATZ, Individually, and as Administratrix of the Estate of MICHAEL KATZ<br>340 Harrison Avenue<br>Elkins Park, PA 19027 | CIVIL ACTION<br>NO. |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| MICHAEL D. LANIGAN, MD,<br>7002 Kennedy Blvd.<br>West New York, New Jersey 07093 | |
| MITCHELL S. STRAND, MD,<br>97 Random Farms Drive<br>Chappaqua, New York 10514 | |
| ELLIOTT MAYEFSKY, MD,<br>75 Brookshire Drive<br>Goshen, New York 10924 | |
| CLEVELAND W. LEWIS, JR. MD,<br>2 Gala Drive<br>Newburgh, New York 12550 | |
| and | |
| ORANGE REGIONAL MEDICAL CENTER,<br>4 Harriman Drive<br>Goshen, New York 10924 | |
| Defendants. | |

**CERTIFICATE PURSUANT TO CPLR SECTION 3012-a**

17

COMMONWEALTH OF PENNSYLVANIA    )
                                ss:
COUNTY OF PHILADELPHIA           )

CHRISTOPHER C. FALLON, JR., being duly sworn, deposes and says:

    a.    I am an attorney duly licensed in the State of New York and a member of the firm, Cozen O'Connor, P.C., attorneys for the Plaintiff in the above action.

    b.    This attorney has reviewed the facts of the case and has consulted with at least one physician about the case and has concluded on the basis of such review and consultation that there is a reasonable basis for the commencement of this action.

_____
CHRISTOPHER C. FALLON, JR.

Sworn to before me this 28TH
day of April, 2008
_____

PHILADELPHIA\3272393\1  208590.000

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOANNE S. DILLON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 28, 2011

18