IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELIA KATZ, Individually, and as Administratrix of the Estate of MICHAEL KATZ | CIVIL ACTION NO.: 2008-4029 |
| Plaintiff, | |
| v. | |
| MICHAEL D. LANIGAN, MD, MITCHELL S. STRAND, MD, ELLIOTT MAYEFSKY, MD, CLEVELAND W. LEWIS, JR. MD, and ORANGE REGIONAL MEDICAL CENTER, | |
| Defendants. | |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Orange Regional Medical Center, (a private non-governmental party) certify that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

NONE

Dated: May 27, 2008
Poughkeepsie, NY

Yours, etc.

/s/
Sholes & Miller, LLP, by:
Sarah E. Sholes (SS6445)
Attorneys for Defendants,
Orange Regional Medical Center and
Mitchell S. Strand, M.D.
327 Mill Street
P.O. Box 4609
Poughkeepsie, NY 12602
Telephone: 845-454-5909
Facsimile: 845-454-5971
SES@sholesmiller.com

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CELIA KATZ, Individually, and as Administratrix
of the Estate of MICHAEL KATZ

CIVIL ACTION
NO.: 2008-4029

Plaintiff,

v.

MICHAEL D. LANIGAN, MD,
MITCHELL S. STRAND, MD,
ELLIOTT MAYEFSKY, MD,
CLEVELAND W. LEWIS, JR. MD, and
ORANGE REGIONAL MEDICAL CENTER,

Defendants.

---

## CERTIFICATE OF SERVICE

I certify that I am over eighteen years of age and am not a party to this action. On May 27, 2008, I served a copy of a DEFENDANT ORANGE REGIONAL MEDICAL CENTER'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT, by using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and correct copy of the foregoing was sent via email to any party or counsel not receiving electronic service from the CM/ECF pursuant to the consent of all parties to this form of service.

Dated: May 27, 2008
       Poughkeepsie, NY

                                    /s/
                        Sarah E. Sholes (SS6445)

SHOLES & MILLER, LLP  ATTORNEYS AT LAW  327 MILL STREET, P.O. BOX 4609, POUGHKEEPSIE, NY 12602