IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELIA KATZ, Individually, and as Administratrix of the Estate of MICHAEL KATZ | CIVIL ACTION NO.: 2008-4029 |
| Plaintiff, | |
| v. | ECF Case |
| MICHAEL D. LANIGAN, MD, MITCHELL S. STRAND, MD, ELLIOTT MAYEFSKY, MD, CLEVELAND W. LEWIS, JR. MD, and ORANGE REGIONAL MEDICAL CENTER, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Sholes & Miller, LLP hereby appears as counsel for Defendants Elliot Mayefsky, M.D. and Michael D. Lanigan, M.D., and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: May 28, 2008
       Poughkeepsie, NY

Yours, etc,

*Sarah E. Sholes*

Sholes & Miller, LLP, by:
Sarah E. Sholes (SS6445)
**Attorneys for Defendants,**
   **Elliot Mayefsky, M.D. and**
   **Michael D. Lanigan, M.D.**
327 Mill Street
P.O. Box 4609
Poughkeepsie, NY 12602
Telephone:   845-454-5909
Facsimile:   845-454-5971

SES@sholesmiller.com

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELIA KATZ, Individually, and as Administratrix of the Estate of MICHAEL KATZ | CIVIL ACTION NO.: 2008-4029 |
| Plaintiff, | |
| v. | |
| MICHAEL D. LANIGAN, MD, MITCHELL S. STRAND, MD, ELLIOTT MAYEFSKY, MD, CLEVELAND W. LEWIS, JR. MD, and ORANGE REGIONAL MEDICAL CENTER, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that I am over eighteen years of age and am not a party to this action. On May 28, 2008, I served a copy of a NOTICE OF APPEARANCE, by using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and correct copy of the foregoing was sent via email to any party or counsel not receiving electronic service from the CM/ECF pursuant to the consent of all parties to this form of service.

Dated: May 28, 2008
         Poughkeepsie, NY

_____
Sarah E. Sholes (SS6445)