UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CELIA KATZ, Individually, and as Administratrix
of the Estate of MICHAEL KATZ,

                       Plaintiff(s),                CIVIL ACTION NO.
                                                          08 CIV. 4029

    -against-

MICHAEL D. LANIGAN, MD, **ET AL.**,

                       Defendant(s).               **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
STATE OF NEW YORK    )
                                 s.s :
COUNTY OF NEW YORK  )

       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC.,, is over the age of eighteen years and is not a party to the action.
       That on the 6th day of May, 2008, at approximately 4:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Orange Regional Medical Center at 4 Harriman Drive, Goshen, New York by personally delivering and leaving the same with Marianne J. Walker, Associate General Counsel/Director Risk Management, who is authorized by appointment to accept service.
       Marianne J. Walker is a white female, approximately 50 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 110 pounds, with medium length light brown hair and light eyes and was wearing glasses.


Sworn to before me this                                         _____
8th day of May, 2008                                             JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010