UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CELIA KATZ, Individually, and as Administratrix
of the Estate of MICHAEL KATZ,

                    Plaintiff(s),          CIVIL ACTION NO.
                                                          08 CIV. 4029

  -against-

MICHAEL D. LANIGAN, MD, **ET AL.**,

                    Defendant(s).         **AFFIDAVIT OF SERVICE**
----------------------------------------------------------------X
STATE OF NEW YORK    )
                                S.S :
COUNTY OF NEW YORK  )

       JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC.,, is over the age of eighteen years and is not a party to the action.

       That on the 6th day of May, 2008, at approximately 5:51 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Mitchell S. Strand, M.D. at 97 Random Farms Drive, Chappaqua, New York by personally delivering and leaving the same with Mitchell S. Strand, M.D. , at that address.  At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

       Mitchell S. Strand, M.D. is a white male, approximately 55 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 120 pounds, is bald on top with short gray hair and light eyes.

Sworn to before me this
8th day of May, 2008

                                                            JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4881559
Qualified in New York County
Commission expires February 3, 2010