UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CELIA KATZ, Individually, and as Administratrix
of the Estate of MICHAEL KATZ,

                          Plaintiff(s),                CIVIL ACTION NO.
                                                           08 CIV. 4029

-against-

MICHAEL D. LANIGAN, MD, ET AL.,

                        Defendant(s).               **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK    )
                                 S.S :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC.,, is over the age of eighteen years and is not a party to the action.

      That on the 6th day of May, 2008, at approximately 2:24 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Cleveland W. Lewis, Jr., M.D. at 2 Gala Drive, Newburgh, New York by personally delivering and leaving the same with Jessica Lewis, who is a person of suitable age an discretion at that address the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

      Jessica Lewis is a white female, approximately 50 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 140 pounds, with medium length black hair and dark eyes.

Sworn to before me this
8th day of May, 2008

                                                             JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE4851559
Qualified in New York County
Commission expires February 3, 2010