UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CELIA KATZ, Individually, and as Administratrix
of the Estate of MICHAEL KATZ,

                    Plaintiff(s),          CIVIL ACTION NO.
                                                         08 CIV. 4029

   -against-

MICHAEL D. LANIGAN, MD, **ET AL.**,

                    Defendant(s).         **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
STATE OF NEW YORK    )
                                s.s :
COUNTY OF NEW YORK  )

      JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 8th day of May, 2008, at approximately 2:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Elliott Mayefsky at 21 Brookside Drive, Goshen, New York 10924 by personally delivering and leaving the same with Bonnie Mayefsky, who is a person of suitable age an discretion at that address the actual place of residence of the defendant. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

      Bonnie Mayefsky is a white female, approximately 50 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 120 pounds, with medium length brown hair and light eyes and was wearing glasses.

Sworn to before me this
9th day of May, 2008

                                                                                JOSEPH SANCHEZ #1155200

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010