UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CELIA KATZ, Individually, and as
Administratrix of the Estate of Michael Katz,
                        Plaintiff,
    -against-
MICHAEL D. LANIGAN, M.D., ET AL.,
                        Defendants.
----------------------------------------------------------X

Case No. 08-CIV-4029

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK    )
                              :
COUNTY OF NEW YORK  )

    CONNIE ASARO, being duly sworn, deposes and says that she is employed by KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
    That on the 21st day of May, 2008, in accordance with the New York State Civil Practice Law and Rules, Section 308(4), and the Federal Rules of Civil Procedure, Rule 4(e)(1), copies of which are annexed, to complete the service made by Duane Santos on May 13, 2008, deponent served deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Michael D. Lanigan by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Michael D. Lanigan**
**7002 Kennedy Boulevard (East)**
**West New York, New Jersey 07093**

Sworn to before me this
30th day of May, 2008

_____
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

_____
CONNIE ASARO #1126351

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CELIA KATZ, Individually, and as        Case No. 08-CIV-4029
Administratrix of the Estate of Michael Katz,

                          Plaintiff,
    -against-                              **AFFIDAVIT OF SERVICE**

MICHAEL D. LANIGAN, M.D., ET AL.,

                         Defendants.
---------------------------------------------------------X
STATE OF NEW JERSEY   )
                              : 
COUNTY OF SOMERSET   )

    DUANE SANTOS, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 8th day of May, 2008, at approximately 8:50 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Michael D. Lanigan at 7002 Kennedy Boulevard (East), West New York, New Jersey 07093. I asked the doorman to call the Lanigan apartment but he said he received no answer.

    That on the 10th day of May, 2008, at approximately 2:30 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Michael D. Lanigan at 7002 Kennedy Boulevard (East), West New York, New Jersey 07093. I asked the doorman to call the Lanigan apartment but he said he received no answer.

    That on the 13th day of May, 2008, at approximately 7:30 a.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Michael D. Lanigan at 7002 Kennedy Boulevard (East), West New York, New Jersey 07093. The doorman said that Mr. Lanigan had already left for work.

(1)

  That on the 13th day of May, 2008, at approximately 10:30 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Michael D. Lanigan at 7002 Kennedy Boulevard (East), West New York, New Jersey 07093. I asked the doorman to call the Lanigan apartment but he said he received no answer.

  That on the 13th day of May, 2008, at approximately 10:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET and ECF FILING INSTRUCTIONS** upon Michael D. Lanigan at 7002 Kennedy Boulevard (East), West New York, New Jersey 07093 by personally delivering and leaving the same with Eric Madramo, doorman and a person of suitable age and discretion at that address, the actual place of residence of the defendant. Since the building does not allow visitors up to the residents apartment (to affix papers to their apartment doors as allowed under New York law), I had to leave the document with the doorman in the lobby of the building. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.

  Eric Madramo is an olive-skinned Hispanic male, approximately 27 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 185 pounds, with black hair.

Sworn to before me this
23 day of May, 2008

DUANE SANTOS

KAREN LEE SWICKLE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/7/2012