IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CELIA KATZ, Individually, and as Administratrix : CIVIL ACTION
of the Estate of MICHAEL KATZ : NO.: 2008-4029
:
:
Plaintiff, :
:
v. : ECF Case
:
MICHAEL D. LANIGAN, MD, :
MITCHELL S. STRAND, MD, :
ELLIOTT MAYEFSKY, MD, :
CLEVELAND W. LEWIS, JR. MD, and :
ORANGE REGIONAL MEDICAL CENTER, :
:
:
Defendants. :

---

## NOTICE OF APPEARANCE

Sholes & Miller, LLP hereby appears as counsel for Defendant Michael D. Lanigan, M.D., and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

Dated: June 3, 2008
       Poughkeepsie, NY

Yours, etc.

_____
Sholes & Miller, LLP, by:
Sarah E. Sholes (SS6445)
**Attorneys for Defendant,**
  **Michael D. Lanigan, M.D.**
327 Mill Street
P.O. Box 4609
Poughkeepsie, NY 12602
Telephone:  845-454-5909
Facsimile:  845-454-5971

SES@sholesmiller.com

IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELIA KATZ, Individually, and as Administratrix of the Estate of MICHAEL KATZ | CIVIL ACTION NO.: 2008-4029 |
| Plaintiff, | |
| v. | |
| MICHAEL D. LANIGAN, MD, MITCHELL S. STRAND, MD, ELLIOTT MAYEFSKY, MD, CLEVELAND W. LEWIS, JR. MD, and ORANGE REGIONAL MEDICAL CENTER, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that I am over eighteen years of age and am not a party to this action. On June 3, 2008, I served a copy of a NOTICE OF APPEARANCE, by using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, a true and correct copy of the foregoing was sent via email to any party or counsel not receiving electronic service from the CM/ECF pursuant to the consent of all parties to this form of service.

Dated: June 3, 2008
        Poughkeepsie, NY

_____
Sarah E. Sholes (SS6445)

SHOLES & MILLER, LLP   ATTORNEYS AT LAW   327 MILL STREET, P.O. BOX 4609, POUGHKEEPSIE, NY 12602