UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rev. 9/03

------------------------------------------------------------------X

KATZ,

                            Plaintiff,

                                                    **ORDER OF REFERENCE**
              - against -                           **TO A MAGISTRATE JUDGE**

LANIGAN,                                             08 Civ. 4029 (CLB))GAY)
                            Defendant.               **Related**: 07-6852 (GAY)
------------------------------------------------------------------X


        The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate
Judge for the following purpose(s):


___  General Pretrial (includes scheduling,        ___  Consent under 28 U.S.C. §636(c) for all
     discovery, non-dispositive pretrial motions,       purposes (including trial)
     and settlement)


___  Specific Non-Dispositive Motion/Dispute:*     ___  Consent under 28 U.S.C.§636(c) for
                                                        limited purpose of _____

___ _____ ____ ____ ____ _____
___ ____ ___ _____ _____ _____
                                                   ___  Habeas Corpus

___  Settlement*                                   ___  Dispositive Motion (i.e., motion
                                                        requiring a Report and Recommendation)

_X__  All Purposes
                                                            Particular Motion:____ ____ ____
                                                        _____ ____ ____ ____ ____

                                                        All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
       June 23, 2008

                              _____
                              Charles L. Brieant
                              United States District Judge