

# COZEN O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

June 23, 2008

**MEMO ENDORSED**

Christopher C. Fallon, Jr.
Direct Phone 215.665.2036
Direct Fax   215.701.2036
cfallon@cozen.com

**VIA FACSIMILE**

Carolyn Ann Campbell, Esquire
Sholes and Miller LLP
327 Mill Street
P.O. Box 4609
Poughkeepsie, NY  12602

Jeffrey Feldman, Esquire
Feldman, Kleidman & Coffey, LLP
995 Main Street
P.O. Box A
Fishkill, NY  12524

Re:   Estate of Michael Katz
      Our File No.: 208590

Dear Counsel:

On Monday afternoon, Alice Cama, the Court's Deputy Clerk called to advise that our Judge would be unable to meet with us on Friday and, as a result, Friday's pre-trial conference has been cancelled. Ms. Cama indicated that she will have the appropriate order for scheduling, etc., issued some time in the near future.

Very truly yours,

COZEN O'CONNOR

*Christopher C. Fallon, Jr. /ay*

By:   Christopher C. Fallon, Jr.

CCF

cc:   Alice Cama, Deputy Clerk *(via Facsimile)*
      United States District Court

*[Handwritten margin note:] This case is/was referred to Magistrate Judge Yanthis for further scheduling matters. A copy of this endorsed order will be issued by Judge Brieant's chambers at this time.*

PHILADELPHIA\3731501\1